THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stephen Ray
 Smith, Appellant.
 
 
 

Appeal From Anderson County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-025 
 Submitted January 2, 2009  Filed January
13, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,  for Appellant.
 Legal Counsel Tommy Evans, Jr., and Assistant Chief Legal Counsel
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Stephen Ray Smith appeals his probation revocation and
 resulting eight year sentence.  Smiths counsel argues the probation revocation
 was so summary the record is insufficient for review.  Smith filed a pro se
 brief, arguing ineffective assistance of counsel.   After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Smiths appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HUFF,
THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.